# United States Court of Appeals
## For the Eighth Circuit

———————————————————

No. 25-2444

———————————————————

Marc Muklewicz

*Plaintiff - Appellant*

v.

University of Iowa; Board of Regents, State of Iowa; John Does 1-10

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the Southern District of Iowa - Eastern

——————————

Submitted: January 22, 2026
Filed: January 27, 2026
[Unpublished]

——————————

Before LOKEN, KELLY, and GRASZ, Circuit Judges.

——————————

PER CURIAM.

Marc Muklewicz appeals the district court's[1] dismissal of his civil action, denial of leave to file an amended complaint, and failure to recuse itself sua sponte. Muklewicz also moves to supplement the record on appeal.

---

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

Upon carefully reviewing the record and the parties' arguments on appeal, we conclude dismissal was proper for the reasons explained by the district court. <u>See</u> <u>Hastings v. Wilson</u>, 516 F.3d 1055, 1058 (8th Cir. 2008) (grant of motion to dismiss for lack of jurisdiction and failure to state claim reviewed de novo). We also conclude that the district court did not abuse its discretion by denying Muklewicz leave to amend his complaint, <u>see</u> <u>In re 2007 Novastar Fin. Inc.</u>, 579 F.3d 878, 884-855 (8th Cir. 2009) (standard of review); and that there was no basis for recusal, <u>see</u> <u>Fletcher v. Conoco Pipe Line Co.</u>, 323 F.3d 661, 663 (8th Cir. 2003) (standard of review). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. We also deny the motion to supplement.

_____